

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NINA E. HOWARD** | Civil No. 06-CV 465-HA |
| Plaintiff, | ORDER |
| vs. | |
| **COMMISSIONER,** Social Security Administration, | |
| Defendant. | |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Nina E. Howard, by and through her attorney, Karen Stolzberg, is hereby entitled to an award of attorney fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7150.00.

DATED this ___ day of ___August___, 2007

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
KAREN STOLZBERG
Attorney for Plaintiff
Nina E. Howard

PAGE 1– ORDER [04-532-BR]

KAREN STOLZBERG
Attorney at Law
4370 N.E. Halsey Street
Portland, OR 97213
Telephone: (503) 251-0707